IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEGGY ROIF ROTSTAIN, et al | § § § | |
| Plaintiffs | § | |
| v. | § § | Case No. 3:09-CV-2384-N-BG |
| TRUSTMARK NATIONAL BANK, et al | § § § | |
| Defendants | § | |

## ORDER FOR SUBSTITUTE PARTY

On this date came on for consideration the Unopposed Motion To Substitute Parties ("Motion") seeking an Order permitting Independent Bank be substituted in place of Bank of Houston in the above referenced proceeding.

The Court having reviewed the Motion and pleadings on file is of the opinion that such motion is with merit and should in all respects be granted.

IT IS THERFORE ORDERED, ADJUGED AND DECREED that Independent Bank f/k/a Bank of Houston be substituted in place of Bank of Houston in the above referenced proceeding.

Signed May 4, 2015.

_____
David C. Godbey
United States District Judge