IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEGGY ROIF ROTSTAIN, et al. on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs | § § | Civil Action No. 3:09-CV-2384-N |
| and | § § | |
| THE OFFICIAL STANFORD INVESTORS COMMITTEE, | § § § § | |
| Plaintiff-Intervenor, | § § | |
| v. | § § | |
| TRUSTMARK NATIONAL BANK, HSBC BANK PLC, THE TORONTO-DOMINION BANK, BANK OF HOUSTON, SG PRIVATE BANKING (SUISSE) S.A., and BLAISE FRIEDLI, | § § § § § § | |
| Defendants. | § | |

## JOINT REQUEST FOR CONFERENCE WITH THE COURT

1.  For the reasons articulated below, the parties respectfully request that the Court schedule a conference to discuss urgent scheduling matters.

2.  On April 21, 2015, the Court issued an Order granting in part and denying in part Defendants'[1] respective motions to dismiss the claims of Class Plaintiffs and Intervenor. [Doc. #

---

[1] The Defendants are Société Générale Private Banking (Suisse) S.A., Trustmark National Bank, HSBC Bank PLC, The Toronto Dominion Bank, Independent Bank f/k/a Bank of Houston, and Blaise Friedli. Blaise Friedli states that he has been improperly added to the class action, has not been served in the class action, and was not provided the opportunity to move in response to the pending class action complaint.

234]. The answers to the Complaints that were the subject of the Court's April 21, 2015 Order were due on May 5, 2015.

3. On April 30, 2015, Class Plaintiffs served on Defendants their Motion for Class Certification and proposed Second Amended Class Action Complaint. In accordance with the Court's Class Certification Scheduling Order [Doc. # 228], on May 1, 2015, Class Plaintiffs filed with the Court their Motion for Leave to Amend Complaint [Doc. # 238]. Defendants assert that the Class Plaintiffs' proposed Second Amended Class Action Complaint seeks to add a new claim against some of the Defendants and additional factual allegations relevant to the claims against all Defendants.

4. On May 5, 2015, Class Plaintiffs, Intervenor, and Defendants filed an Agreed Motion for Extension of Time to Answer [Doc. # 240], proposing to extend until May 19, 2015 the time for Defendants to answer the Intervenor's Complaints [Docs. # 131, 133], extending until May 19, 2015 the time for Société Générale Private Banking (Suisse) S.A. to answer the Class Complaint [Doc. # 1-5], and extending until 21 days after the Court rules on the Class Plaintiffs' Motion for Leave to Amend the deadline for Trustmark National Bank, HSBC Bank PLC, The Toronto Dominion Bank, Independent Bank f/k/a Bank of Houston, and Blaise Friedli to respond to the Class Complaint.

5. Defendants intend to oppose the Class Plaintiffs' Motion for Leave to Amend Complaint. Under the Court's local rules, Defendants' response to that motion is currently due by May 22, 2014. Depositions of the named plaintiffs, however, are set to begin on May 18, 2015, and continue into June. Defendants are concerned about class certification discovery going forward while there is still uncertainty about the nature of the allegations and claims that

ultimately will be at issue in this case and given the fixed date of October 5, 2015 set by the Court for the final submissions concerning class certification.

6. Counsel for Defendants and counsel for Class Plaintiffs have conferred about these issues and agree that an immediate conference with the Court is appropriate, subject to the Court's convenience, so that the parties may explain their concerns about the scheduling issues and seek input from the Court on the best way to resolve them. The parties can be available either by telephone or in person, whichever the Court prefers.

Dated: May 11, 2015.                              Respectfully submitted,

*/s/ Benjamin D. Reichard*_____
James R. Swanson
(Admitted *pro hac vice*)
jswanson@fishmanhaygood.com
Benjamin D. Reichard
(Admitted *pro hac vice*)
breichard@fishmanhaygood.com
Fishman Haygood, LLP
201 St. Charles Ave. Suite 4600
New Orleans, Louisiana 70170
Tel: (504) 586-5252
Fax: (504) 586-5250

**ATTORNEYS FOR THE CLASS PLAINTIFFS**

*/s/ Peter D. Morgenstern*_____
Peter D. Morgenstern
(Admitted *pro hac vice*)
morgenstern@butzel.com
BUTZEL LONG, a professional corporation
230 Park Avenue, Suite 850
New York, New York 10169
Tel: (212) 818-1110
Fax: (212) 818-0494

**ONE OF THE ATTORNEYS FOR THE OFFICIAL STANFORD INVESTORS COMMITTEE AND FOR THE CLASS PLAINTIFFS**

*/s/ Noelle M. Reed*
Noelle M. Reed
  State Bar No. 24044211
  Noelle.Reed@skadden.com
Daniel E. Bolia
  State Bar No. 24064919
  Daniel.Bolia@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1000 Louisiana St., Suite 6800
Houston, Texas 77002
Tel: (713) 655-5122
Fax: (713) 483-9122

George A. Zimmerman
  (*Admitted pro hac vice*)
George.Zimmerman@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Tel: (212) 735-3000

Of Counsel:

Michelle L. Davis
  State Bar No. 24038854
  Michelle.Davis@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
2521 Springer Rd.
Midlothian, Texas 76065
Tel: (972) 723-6370
Fax: (713) 483-9197

**ATTORNEYS FOR DEFENDANT SOCIÉTÉ GÉNÉRALE PRIVATE BANKING (SUISSE) S.A.**

/s/ *Edwin R. DeYoung*
Edwin R. DeYoung
  State Bar No. 05673000
  edeyoung@lockelord.com
Roger B. Cowie
  State Bar No. 00783886
  rcowie@lockelord.com
David Cabrales
  State Bar No. 00787179
  dcabrales@lockelord.com
Taylor F. Brinkman
  State Bar No. 24069420
  tbrinkman@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Tel: (214) 740-8000
Fax: (214) 740-8800

**ATTORNEYS FOR HSBC BANK PLC**

/s/ *Robin C. Gibbs*
Robin C. Gibbs
  State Bar No. 07853000
  rgibbs@gibbsbruns.com
Jeffrey C. Kubin
  State Bar No. 24002431
  jkubin@gibbsbruns.com
Robert J. Madden
  State Bar No. 07853000
  rmadden@gibbsbruns.com
Ashley McKeand Kleber
  State Bar No. 24060263
  akleber@gibbsbruns.com
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel: (713) 650-8805
Fax: (713) 750-0903

**ATTORNEYS FOR TRUSTMARK NATIONAL BANK**

5

*/s/ Robert Plotkin*
Robert Plotkin (*pro hac vice*)
  rplotkin@mcguirewoods.com
Nicholas B. Lewis (*pro hac vice*)
  nlewis@mcguirewoods.com
McGUIRE WOODS LLP
2001 K Street, NW, Suite 400
Washington, DC 20006
Tel: (202) 857-1750
Fax: (202) 857-1737

Peter J. Covington (*pro hac vice*)
  pcovington@mcguirewoods.com
Mark W. Kinghorn (*pro hac vice*)
  mkinghorn@mcguirewoods.com
McGUIRE WOODS LLP
mkinghorn@mcguirewoods.com
201 North Tyson Street, suite 3000
Charlotte, North Carolina 28202
Tel: (704) 343-2074
Fax: (704) 444-8722

**ATTORNEYS FOR THE TORONTO-DOMINION BANK**

*/s/ Brad Repass*
Brad Repass
  State Bar No. 16786700
  brad@hrrpc.com
HAYNIE RAKE REPASS & KLIMKO P.C.
Wellington Centre
14643 Dallas Parkway, Suite 550
Dallas, Texas 75254
Tel: (972) 716-1855
Fax: (972) 716-1850

**ATTORNEY FOR INDEPENDENT BANK F/K/A BANK OF HOUSTON**

*/s/ Brian A. Herman*
Brian A. Herman (pro hac vice)
  bherman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
Tel: (212) 309-6909

        Fax: (212) 309-6001

        Allyson N. Ho
         State Bar No. 24033667
         aho@morganlewis.com
        MORGAN, LEWIS & BOCKIUS LLP
        1717 Main Street, Suite 3200
        Dallas, TX 75201
        Tel.: (214) 466-4180
        Fax: (214) 466-4001

        **ATTORNEYS FOR BLAISE FRIEDLI**

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 11, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel who have registered with this Court. All others were served a copy via U.S. mail postage prepaid.

                 */s/ Benjamin D. Reichard*
                  Benjamin D. Reichard