**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

---------------------------------------------------------------------- x
PEGGY ROIF ROTSTAIN, *et al.*, *on behalf of* :
*themselves and all others similarly situated*, :
:
                    Plaintiffs, : Case No. 3:09-CV-02384-N
:
                 -against- :
:
TRUSTMARK NATIONAL BANK, HSBC BANK :
PLC, THE TORONTO-DOMINION BANK, :
INDEPENDENT BANK F/K/A BANK OF :
HOUSTON, SG PRIVATE BANKING (SUISSE) :
S.A., and BLAISE FRIEDLI, :
:
                    Defendants. :
---------------------------------------------------------------------- x

**DEFENDANTS' MOTION TO COORDINATE**
**CERTAIN CLASS CERTIFICATION ISSUES**

Defendants The Toronto-Dominion Bank, Trustmark National Bank, HSBC Bank plc, Independent Bank, successor by merger to Bank of Houston, Société Générale Private Banking (Suisse) S.A., and Blaise Friedli (collectively, "Bank Defendants") hereby move to coordinate certain class certification issues in this putative class action (the "Bank Action") with three other putative class actions in the multidistrict litigation captioned *In re Stanford Entities Sec. Litig.*, No. 3:09-md-02099-N-BG ("Motion").[1] The three other putative class actions proposed for coordination with the Bank Action are as follows: (i) *Troice v. Proskauer Rose LLP*, No. 3:09-cv-01600-N-BG (N.D. Tex.), (ii) *Troice v. Willis of Colorado Inc.*, No. 3:09-cv-01274-N-BG (N.D. Tex.), and (iii) *Turk v. Pershing LLC*, No. 3:09-cv-02199-N-BG (N.D. Tex.).

---

[1] HSBC Bank plc, Société Générale Private Banking (Suisse) S.A., and Blaise Friedli submit this motion subject to, and without waiving, the defense that they are not subject to personal jurisdiction in Texas.

For the reasons set forth in the accompanying Memorandum of Law filed on behalf of the Bank Defendants, the Bank Defendants respectfully request that the Court grant this Motion.

Dated: July 28, 2015

Respectfully submitted,

By: /s/ Rodney Acker
    Rodney Acker
      State Bar No. 00830700
    Ellen Sessions
      State Bar No. 00796282
    James V. Leito IV
      State Bar No. 24054950
    NORTON ROSE FULBRIGHT US LLP
    2200 Ross Avenue, Suite 3600
    Dallas, Texas 75201-7932
    T: (214) 855-8000
    F: (214) 855-8200
    rodney.acker@nortonrosefulbright.com
    ellen.sessions@nortonrosefulbright.com
    james.leito@nortonrosefulbright.com

Of Counsel:

Lynn K. Neuner (*pro hac vice*)
Peter E. Kazanoff (*pro hac vice*)
Katherine A. Helm (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2000
F: (212) 455-2502
lneuner@stblaw.com
pkazanoff@stblaw.com
khelm@stblaw.com

*Attorneys for Defendant*
*The Toronto-Dominion Bank*

By: /s/ Jeffrey C. Kubin
   Robin C. Gibbs
     State Bar No. 07853000
   Jeffrey C. Kubin
     State Bar No. 24002431
   Robert J. Madden
     State Bar No. 07853000
   Ashley McKeand Kleber
     State Bar No. 24060263
   GIBBS & BRUNS LLP
   1100 Louisiana, Suite 5300
   Houston, Texas 77002
   T: (713) 650-8805
   F: (713) 750-0903
   rgibbs@gibbsbruns.com
   jkubin@gibbsbruns.com
   rmadden@gibbsbruns.com
   akleber@gibbsbruns.com

   *Attorneys for Defendant Trustmark National Bank*

By: /s/ Noelle M. Reed
   Noelle M. Reed
     State Bar No. 24044211
   Daniel E. Bolia
     State Bar No. 24064919
   SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP
   1000 Louisiana Street, Suite 6800
   Houston, Texas 77002
   T: (713) 655-5122
   F: (713) 483-9122
   noelle.reed@skadden.com
   daniel.bolia@skadden.com

   George A. Zimmerman (*pro hac vice*)
   SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP
   4 Times Square
   New York, New York 10036
   T: (212) 735-3000
   george.zimmerman@skadden.com

   *Attorneys for Defendant Société Générale Private Banking (Suisse) S.A.*

By: /s/ Roger B. Cowie
   Edwin R. DeYoung
     State Bar No. 05673000
   Roger B. Cowie
     State Bar No. 00783886
   David Cabrales
     State Bar No. 00787179
   Taylor F. Brinkman
     State Bar No. 24069420
   LOCKE LORD LLP
   2200 Ross Avenue, Suite 2200
   Dallas, Texas 75201
   T: (214) 740-8000
   F: (214) 740-8800
   edeyoung@lockelord.com
   rcowie@lockelord.com
   dcabrales@lockelord.com
   tbrinkman@lockelord.com

   *Attorneys for Defendant HSBC Bank PLC*

By: /s/ Brad Repass
   Brad Repass
     State Bar No. 16786700
   HAYNIE RAKE REPASS & KLIMKO
   Wellington Centre
   14643 Dallas Parkway, Suite 550
   Dallas, Texas 75254
   T: (972) 716-1855
   F: (972) 716-1850
   brad@hrrpc.com

   Paul C. Watler
     State Bar No. 20931600
   Jeffrey G. Hamilton
     State Bar No. 00793886
   JACKSON WALKER LLP
   901 Main Street, Suite 6000
   Dallas, Texas 75202
   T: (214) 953-6000
   F: (214) 953-5822
   pwatler@jw.com
   jhamilton@jw.com

   *Attorneys for Defendant Independent Bank, successor by merger to Bank of Houston*

By: */s/* Brian A. Herman
Brian A. Herman (*pro hac vice*)
Stephanie Gamiz (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
T: (212) 309-6000
F: (212) 309-6001
bherman@morganlewis.com
sgamiz@morganlewis.com

Aaron C. Christian
  State Bar No. 24076089
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
T: (214) 446-4000
F: (214) 466-4001
achristian@morganlewis.com

Ryan C. Wooten
  State Bar No. 24075308
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5006
T:  (713) 890-5000
rwooten@morganlewis.com

*Attorneys for Defendant Blaise Friedli*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1 of the Local Rules for the U.S. District Court for the Northern District of Texas, on July 21, 2015, counsel for the Bank Defendants conferred with James Swanson at Fishman Haygood, L.L.P., counsel for class plaintiffs, and Peter Morgenstern at Butzel Long, P.C., counsel for the Official Stanford Investors Committee and the putative class, in a good-faith attempt to resolve this matter by agreement.  On July 27, 2015, Mr. Swanson and Mr. Morgenstern indicated that they take no position with respect to the relief requested herein.

In July 2015, counsel for the Bank Defendants also conferred with counsel for plaintiffs and defendants in *Troice v. Proskauer Rose LLP*, No. 3:09-cv-01600-N-BG, counsel for plaintiffs and defendants in *Troice v. Willis of Colorado Inc.*, No. 3:09-cv-01274-N-BG, and counsel for plaintiffs and defendants in *Turk v. Pershing LLC*, No. 3:09-cv-02199-N-BG, to advise them of this motion.  Counsel for plaintiffs in these three actions have indicated that they oppose the relief requested herein.  Counsel for defendants in these three actions have indicated that they take no position with respect to the relief requested herein.

/s/ Rodney Acker
Rodney Acker

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2015, the foregoing document was filed with the Court's CM/ECF system, which has generated and delivered electronic notices of filing to all counsel of record who have consented to electronic service.

/s/ Rodney Acker
Rodney Acker