## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

```
------------------------------------------------------------------ x
```
PEGGY ROIF ROTSTAIN, *et al.*, *on behalf of*                    :
*themselves and all others similarly situated*,                  :
                                                                 :
                                                                 :
                        Plaintiffs,                              :
                                                                 :
and                                                              :  Case No. 3:09-CV-02384-N
                                                                 :
THE OFFICIAL STANFORD INVESTORS                                  :
COMMITTEE,                                                       :
                                                                 :
                    Plaintiff-Intervenor,                        :
                                                                 :
                      -against-                                  :
                                                                 :
TRUSTMARK NATIONAL BANK, HSBC BANK                               :
PLC, THE TORONTO-DOMINION BANK,                                  :
INDEPENDENT BANK F/K/A BANK OF                                   :
HOUSTON, SG PRIVATE BANKING (SUISSE)                             :
S.A., and BLAISE FRIEDLI,                                        :
                                                                 :
                        Defendants.                              :
```
------------------------------------------------------------------ x
```

## AGREED MOTION FOR ENTRY OF
## SECOND AMENDED AGREED CONFIDENTIALITY ORDER

In order to protect the confidentiality of information produced and exchanged in this

lawsuit, Plaintiffs Steven Queyrouze, Guthrie Abbott, Salim Estefenn Uribe, Sarah Elson-

Rogers, Diana Suarez, and Ruth Alfille de Penhos, on behalf of themselves and all others

similarly situated, Plaintiff-Intervenor the Official Stanford Investors Committee, Defendants

The Toronto-Dominion Bank, Trustmark National Bank, HSBC Bank plc, Independent Bank,

successor by merger to Bank of Houston, Société Générale Private Banking (Suisse) S.A., and

Blaise Friedli, and Ralph S. Janvey, in his capacity as the Court-Appointed Receiver for the

Stanford Receivership Estate, hereby file this motion requesting that the Court enter the attached

Second Amended Agreed Confidentiality Order in this case.[1]

Dated: October 29, 2015                          Respectfully submitted,

                                                 By: /s/ Rodney Acker
                                                     Rodney Acker
                                                         State Bar No. 00830700
                                                     Ellen Sessions
                                                         State Bar No. 00796282
                                                     James V. Leito IV
                                                         State Bar No. 24054950
                                                     NORTON ROSE FULBRIGHT US LLP
                                                     2200 Ross Avenue, Suite 3600
                                                     Dallas, Texas 75201-7932
                                                     T:  (214) 855-8000
                                                     F:  (214) 855-8200
                                                     rodney.acker@nortonrosefulbright.com
                                                     ellen.sessions@nortonrosefulbright.com
                                                     james.leito@nortonrosefulbright.com

                                                     Of Counsel:

                                                     Lynn K. Neuner (*pro hac vice*)
                                                     Peter E. Kazanoff (*pro hac vice*)
                                                     Katherine A. Helm (*pro hac vice*)
                                                     SIMPSON THACHER & BARTLETT LLP
                                                     425 Lexington Avenue
                                                     New York, New York 10017
                                                     T:  (212) 455-2000
                                                     F:  (212) 455-2502
                                                     lneuner@stblaw.com
                                                     pkazanoff@stblaw.com
                                                     khelm@stblaw.com

                                                     *Attorneys for Defendant*
                                                     *The Toronto-Dominion Bank*

---

[1]     Defendants HSBC Bank plc, Société Générale Private Banking (Suisse) S.A., and Blaise
        Friedli submit this motion subject to, and without waiving, the defense that they are not
        subject to personal jurisdiction in Texas.

By: */s/ Benjamin D. Reichard*
  James R. Swanson (*pro hac vice*)
  Lance C. McCardle (*pro hac vice*)
  Benjamin D. Reichard (*pro hac vice*)
  Jesse C. Stewart (*pro hac vice*)
  FISHMAN HAYGOOD, L.L.P.
  201 St. Charles Avenue, 46th Floor
  New Orleans, Louisiana 70170-4600
  T: (504) 586-5252
  F: (504) 586-5250
  jswanson@fishmanhaygood.com
  lmccardle@fishmanhaygood.com
  breichard@fishmanhaygood.com
  jstewart@fishmanhaygood.com

  Peter D. Morgenstern (*pro hac vice*)
  Joshua E. Abraham (*pro hac vice*)
  BUTZEL LONG, P.C.
  230 Park Avenue, Suite 850
  New York, New York 10169
  T: (212) 818-1110
  F: (212) 818-0494
  morgenstern@butzel.com
  abraham@butzel.com

  *Attorneys for the Plaintiffs*

  Of Counsel:

  Eric Seiler
  Scott M. Berman
  FRIEDMAN KAPLAN SEILER &
    ADELMAN, L.L.P.
  7 Times Square
  New York, NY 10036-6516
  T: (212) 833-1100
  F: (212) 833-1250
  sberman@fklaw.com

By: */s/ Peter D. Morgenstern*
  Peter D. Morgenstern (*pro hac vice*)
  Joshua E. Abraham (*pro hac vice*)
  BUTZEL LONG, P.C.
  230 Park Avenue, Suite 850
  New York, New York 10169
  T: (212) 818-1110
  F: (212) 818-0494
  morgenstern@butzel.com
  abraham@butzel.com

  *Attorneys for the Official Stanford
  Investors Committee*

  Of Counsel:

  Eric Seiler
  Scott M. Berman
  FRIEDMAN KAPLAN SEILER &
    ADELMAN, L.L.P.
  7 Times Square
  New York, NY 10036-6516
  T: (212) 833-1100
  F: (212) 833-1250
  sberman@fklaw.com

By: /s/ Jeffrey C. Kubin
    Robin C. Gibbs
      State Bar No. 07853000
    Jeffrey C. Kubin
      State Bar No. 24002431
    Robert J. Madden
      State Bar No. 07853000
    Ashley McKeand Kleber
      State Bar No. 24060263
    GIBBS & BRUNS LLP
    1100 Louisiana, Suite 5300
    Houston, Texas 77002
    T:  (713) 650-8805
    F:  (713) 750-0903
    rgibbs@gibbsbruns.com
    jkubin@gibbsbruns.com
    rmadden@gibbsbruns.com
    akleber@gibbsbruns.com

    *Attorneys for Defendant Trustmark*
*National Bank*

By: /s/ Roger B. Cowie
    Edwin R. DeYoung
      State Bar No. 05673000
    Roger B. Cowie
      State Bar No. 00783886
    Taylor F. Brinkman
      State Bar No. 24069420
    LOCKE LORD LLP
    2200 Ross Avenue, Suite 2200
    Dallas, Texas 75201
    T:  (214) 740-8000
    F:  (214) 740-8800
    edeyoung@lockelord.com
    rcowie@lockelord.com
    tbrinkman@lockelord.com

    *Attorneys for Defendant*
*HSBC Bank PLC*

By: /s/ Noelle M. Reed
    Noelle M. Reed
      State Bar No. 24044211
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    1000 Louisiana Street, Suite 6800
    Houston, Texas 77002
    T:  (713) 655-5122
    F:  (713) 483-9122
    noelle.reed@skadden.com

    George A. Zimmerman (*pro hac vice*)
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    4 Times Square
    New York, New York 10036
    T:  (212) 735-3000
    george.zimmerman@skadden.com

    *Attorneys for Defendant Société*
*Générale Private Banking (Suisse) S.A.*

By: /s/ Brad Repass
    Brad Repass
      State Bar No. 16786700
    HAYNIE RAKE REPASS & KLIMKO P.C.
    Wellington Centre
    14643 Dallas Parkway, Suite 550
    Dallas, Texas 75254
    T:  (972) 716-1855
    F:  (972) 716-1850
    brad@hrrpc.com

    Paul C. Watler
      State Bar No. 20931600
    Jeffrey G. Hamilton
      State Bar No. 00793886
    JACKSON WALKER LLP
    901 Main Street, Suite 6000
    Dallas, Texas 75202
    T: (214) 953-6000
    F: (214) 953-5822
    pwatler@jw.com
    jhamilton@jw.com

    *Attorneys for Defendant Independent Bank,*
*successor by merger to Bank of Houston*

By: /s/ Brian A. Herman
    Brian A. Herman (*pro hac vice*)
    Stephanie Gamiz (*pro hac vice*)
    MORGAN LEWIS & BOCKIUS LLP
    101 Park Avenue
    New York, NY 10178-0060
    T:  (212) 309-6000
    F:  (212) 309-6001
    bherman@morganlewis.com
    sgamiz@morganlewis.com

    Aaron C. Christian
       State Bar No. 24076089
    MORGAN LEWIS & BOCKIUS LLP
    1717 Main Street, Suite 3200
    Dallas, TX 75201
    T:  (214) 446-4000
    F:  (214) 466-4001
    achristian@morganlewis.com

    Ryan C. Wooten
       State Bar No. 24075308
    MORGAN LEWIS & BOCKIUS LLP
    1000 Louisiana Street, Suite 4000
    Houston, TX 77002-5006
    T:  (713) 890-5000
    rwooten@morganlewis.com

    *Attorneys for Defendant Blaise Friedli*

By:  */s/* David T. Arlington
      Kevin M. Sadler
        State Bar No. 17512450
      Scott D. Powers
        State Bar No. 24027746
      David T. Arlington
        State Bar No. 00790238
      BAKER BOTTS L.L.P.
      98 San Jacinto Blvd., Suite 1500
      Austin, TX  78701-4039
      T:  (512) 322-2500
      F:  (512) 322-2501
      kevin.sadler@bakerbotts.com
      scott.powers@bakerbotts.com
      david.arlington@bakerbotts.com

      *Attorneys for Receiver Ralph S. Janvey*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 29, 2015, the foregoing document was filed with the Court's CM/ECF system, which has generated and delivered electronic notices of filing to all counsel of record who have consented to electronic service.

                /s/ Rodney Acker
                Rodney Acker