**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

---------------------------------------------------------------------- x
PEGGY ROIF ROTSTAIN, *et al.*, *on behalf of themselves and all others similarly situated*,

                              Plaintiffs,

and

THE OFFICIAL STANFORD INVESTORS COMMITTEE,

                            Plaintiff-Intervenor,

-against-

TRUSTMARK NATIONAL BANK, HSBC BANK PLC, THE TORONTO-DOMINION BANK, INDEPENDENT BANK F/K/A BANK OF HOUSTON, SG PRIVATE BANKING (SUISSE) S.A., and BLAISE FRIEDLI,

                             Defendants.
---------------------------------------------------------------------- x

Case No. 3:09-CV-02384-N

(Oral Argument Requested)

**APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, FOR DESIGNATION OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

CONTAINS CONFIDENTIAL MATERIAL PROTECTED
BY AGREED CONFIDENTIALITY ORDER

# INDEX OF EXHIBITS

| EX. | DOCUMENT | DATE | APPENDIX PAGE(S) |
|---|---|---|---|
|  | Declaration of James V. Leito, IV, Esq. | 10/1/2015 | 1-17 |
| 1 | Appendix A: Global Claimants Map: Claimants By Continent | -- | 18-19 |
| 2 | Appendix B: Global Claimants Map: Claimants In Top 6 Countries | -- | 20-21 |
| 3 | Appendix C: Class Composition—106 Countries | -- | 22-24 |
| 4 | Appendix D: Class Composition—47 States | -- | 25-26 |
| 5 | Appendix E: Overview of Proposed Class Representatives | -- | 27-28 |
| 6 | Appendix F: Defendants' Class Certification Experts | -- | 29-33 |
| 7 | Appendix G: Proposed Class Representatives' Allowed Claim Amounts | -- | 34-35 |
| 8 | Appendix H: Executive Summary of State Law Differences | -- | 36-47 |
| 9 | 50-State Survey on Aiding and Abetting Fraud | -- | 48-98 |
| 10 | 50-State Survey on Aiding and Abetting Conversion | -- | 99-149 |
| 11 | 50-State Survey on Aiding and Abetting Breach of Fiduciary Duty | -- | 150-200 |
| 12 | 50-State Survey on Civil Conspiracy | -- | 201-251 |
| 13 | Spreadsheet from Receiver of Allowed Claim Amounts by Claim Group | -- | 252-647 |
| 14 | Chart of CD Losses by States | -- | 648-649 |
| 15 | Stanford International Bank Limited – in Liquidation: Summary of Claims by Country and Status | -- | 650-652 |
| 16 | Stanford International Bank Brochure | -- | 653-667 |
| 17 | Notice of Determination for Plaintiff Ruth Alfille de Penhos | -- | 668-689 |
| 18 | Notice of Determination for Plaintiff Sarah Elson-Rogers | -- | 670-671 |
| 19 | Receivership Certification Form for Plaintiff Guthrie Abbott | -- | 672-675 |

| EX. | DOCUMENT | DATE | APPENDIX PAGE(S) |
|---|---|---|---|
| 20 | Stanford Receivership Certification Notice and Certification Form for Plaintiff Steven Queyrouze | -- | 676-682 |
| 21 | Letter stated to be from Plaintiff Diana Suarez to Judge Hittner regarding Stanford Sentencing | -- | 683-684 |
| 22 | Letters from Peter D. Morgenstern, Plaintiffs' counsel, regarding NAFTA Action Retainer Agreements | -- | 685-708 |
| 23 | Receivership Certification Form for Diana Suarez, Eduardo Suarez, Daniel Suarez and Gabriel Suarez | -- | 709-711 |
| 24 | Email from James Cross to Matthew Byrne | 4/25/2005 | 712-713 |
| 25 | Stanford International Bank Ltd. Disclosure Statement: U.S. Accredited Investor Certificate of Deposit Program | 9/30/2005 | 714-738 |
| 26 | Stanford International Bank Ltd. Account Statements for Diana Suarez | 3/31/2006 | 739-778 |
| 27 | Stanford Account Statements for the Salesur II Trust | 2/29/2008 | 779-826 |
| 28 | Email correspondence between Diana Suarez and Maria Villanueva | 7/28/2008 | 827-832 |
| 29 | Email from Guthrie Abbott to John Holliday | 9/22/2008 | 833-834 |
| 30 | Letter from Nigel Hamilton-Smith and Peter Wastell, Proofs of Debt, and Statements of Accounts in the name of Ruth Alfille de Penhos, and copies of CDs | 3/4/2009 | 835-875 |
| 31 | Complaint filed by Guthrie Abbott in *Guthrie T. Abbott, et al. v. John Mark Holliday*, No. 2009-000196-HER (Ch. Ct. Lafayette Cnty., Miss.) | 4/15/2009 | 876-889 |
| 32 | Confidentiality and Cost Sharing Agreement | 7/28/2009 | 890-893 |
| 33 | Email correspondence between Salim Estefenn Uribe and Stanford Investors | 8/24/2009 | 894-901 |
| 34 | Email from Nigel Hamilton-Smith dated August 27, 2009, and letter from Marcus Wide and Hugh Dickson dated February 13, 2009 to Matthew Byrne, and attached Transaction Details | 8/27/2009 | 902-907 |
| 35 | Report of Accounting, Economics and Appraisal Group, LLC by J. Lester Alexander, III, *Am. Bank of St. Paul v. Carolina First Bank d/b/a Mercantile Bank*, No. 09-cv-02240-ADM-JJK (D. Minn.) | 10/15/2010 | 908-941 |

| EX. | DOCUMENT | DATE | APPENDIX PAGE(S) |
|---|---|---|---|
| 36 | Durable Power of Attorney of Diana Suarez | 2/24/2011 | 942-951 |
| 37 | Email correspondence between Salim Estefenn Uribe and Patricia Herr, including attachment thereto | 6/20/2011 | 952-974 |
| 38 | Proof of Claim Forms submitted to the Receiver by Jaime Penhos Alfille, Moises Penhos Alfie, Isaac Penhos Alfille, and Tanya Audi Mizrahi | 5/30/2012 | 975-997 |
| 39 | Proof of Claim Forms submitted to the Receiver by the Esturicol Trust | 7/16/2012 | 998-1014 |
| 40 | Proof of Claim Forms submitted to the Receiver by Matthew Byrne and Sarah Elson-Rogers | 7/18/2012 | 1015-1047 |
| 41 | Receiver's Notice of Determination for Guthrie Abbott | 1/31/2013 | 1048-1051 |
| 42 | Receiver's Notice of Determination for Guthrie Abbott | 1/31/2013 | 1052-1055 |
| 43 | Receiver's Notice of Determination for Guthrie Abbott | 2/8/2013 | 1056-1059 |
| 44 | Receiver's Notice of Determination for Steven Queyrouze | 2/9/2013 | 1060-1063 |
| 45 | Proof of Debt Submission by Diana Suarez to the Joint Liquidators | 2/21/2013 | 1064-1080 |
| 46 | Receiver's Notice of Determination for Diana Suarez | 2/22/2013 | 1081-1083 |
| 47 | Receiver's Notices of Determination for the Salesur II Trust, the Esturicol Trust, and the Fadala Trust | 2/22/2013 | 1084-1092 |
| 48 | Letter from Gabriel Suarez objecting to Receiver's Notice of Determination | 3/5/2013 | 1093-1099 |
| 49 | Email correspondence between Diana Suarez, Gabriel Suarez and the Joint Liquidators, including attachment thereto | 3/12/2013 | 1100-1103 |
| 50 | Letter from Marcus Wide and Hugh Dickson to Diana Suarez, and attached Transaction Details | 3/26/2013 | 1104-1108 |
| 51 | Receiver's Notice of Determination for Ruth Alfille de Penhos | 4/16/2013 | 1109-1111 |
| 52 | Letter from Marcus Wide and Hugh Dickson to the Esturicol Trust, and attached Transaction Details | 4/26/2013 | 1112-1119 |

| EX. | DOCUMENT | DATE | APPENDIX PAGE(S) |
|---|---|---|---|
| 53 | Letter from Marcus Wide and Hugh Dickson to the Salesur II Trust, and attached Transaction Details | 5/2/2013 | 1120-1123 |
| 54 | Email from Matthew Byrne to the Stanford Receivership, and attached Certification Form | 7/8/2013 | 1124-1127 |
| 55 | Email from Salim Estefenn to the Stanford Receivership and attachments thereto | 7/11/2013 | 1128-1141 |
| 56 | Email from the Stanford Receivership to Salim Estefenn, and attachments thereto | 7/17/2013 | 1142-1154 |
| 57 | Letters from Marcus Wide and Hugh Dickson to Gabriel Suarez, and attached Preference Transaction Details | 1/26/2014 | 1155-1159 |
| 58 | Letter from Marcus Wide and Hugh Dickson to Ruth Penhos, and attached Preference Transaction Details | 1/26/2014 | 1160-1162 |
| 59 | Email and letter from Marcus Wide and Hugh Dickson to Guthrie Abbott, and attached Preference Transaction Details | 1/27/2014 | 1163-1166 |
| 60 | Fresh As Amended Statement of Claim, *Joint Liquidators of SIBL v. TD Bank*, No. CV-12-9780-00CL (Can. Ont. Sup. Ct. J.) | 5/16/2014 | 1167-1268 |
| 61 | Excerpts from Transcript of August 21, 2014 Status Hearing in *In re: Stanford Entities Securities Litigation*, No. 09-cv-0298-N (N.D. Tex.) | 8/21/2014 | 1269-1274 |
| 62 | Affidavit of Beverly M. Jacobs, in *Joint Liquidators of SIBL v. TD Bank,* No. CV-12-9780-00CL (Can. Ont. Sup. Ct. J.) | 11/13/2014 | 1275-1316 |
| 63 | Declaration of Sarah Elson-Rogers | 4/28/2015 | 1317-1320 |
| 64 | Declaration of Salim Estefenn Uribe | 4/29/2015 | 1321-1323 |
| 65 | Declaration of Ruth Alfille de Penhos | 4/29/2015 | 1324-1327 |
| 66 | Excerpts from Transcript of Deposition of Gabriel Suarez | 5/19/2015 | 1328-1334 |
| 67 | Excerpts from Transcript of Deposition of Steven Queyrouze | 5/27/2015 | 1335-1399 |
| 68 | Excerpts from Transcript of Deposition of Guthrie Abbott | 5/28/2015 | 1400-1458 |
| 69 | Excerpts from Transcript of Deposition of Sarah Elson-Rogers | 6/9/2015 | 1459-1523 |

| EX. | DOCUMENT | DATE | APPENDIX PAGE(S) |
|---|---|---|---|
| 70 | Excerpts from Transcript of Deposition of Ruth Alfille de Penhos | 6/10/2015 | 1524-1597 |
| 71 | Excerpts from Transcript of Deposition of Diana Suarez | 7/1/2015 | 1598-1659 |
| 72 | Revised Declaration of Salim Estefenn Uribe | 7/1/2015 | 1660-1662 |
| 73 | Excerpts from Transcript of Deposition of Salim Estefenn Uribe | 7/2/2015 | 1663-1749 |
| 74 | Declaration of James Otis Rodner | 7/2/2015 | 1750-1770 |
| 75 | Declaration of Eduardo Siqueiros T. | 7/6/2015 | 1771-1811 |
| 76 | Declaration of David Arias | 7/7/2015 | 1812-1841 |
| 77 | Declaration of Professor George A. Bermann | 7/7/2015 | 1842-1892 |
| 78 | Declaration of Professor Adrian Briggs | 7/7/2015 | 1893-1924 |
| 79 | Declaration of Antonio Gidi | 7/7/2015 | 1925-1960 |
| 80 | Declaration of Rogier F. van den Heuvel | 7/7/2015 | 1961-1973 |
| 81 | Declaration of Arturo Hoyos | 7/7/2015 | 1974-2077 |
| 82 | Declaration of Professor Kenneth M. Lehn | 7/7/2015 | 2078-2132 |
| 83 | Declaration of J. Domingo Rivarola Reisz | 7/7/2015 | 2133-2151 |
| 84 | Declaration of Janet Walker | 7/7/2015 | 2152-2190 |
| 85 | Declaration of Dr. Stephan Wilske | 7/7/2015 | 2191-2529 |
| 86 | Declaration of Eduardo Zuleta | 7/7/2015 | 2530-2567 |
| 87 | Declaration of Professor Dr. Isabelle Romy on Swiss Law | 7/13/2015 | 2568-2587 |
| 88 | Letter from Lynn K. Neuner, Esq. to Plaintiffs' Counsel | 7/16/2015 | 2588-2593 |
| 89 | Plaintiffs Response to Defendants' First Set of Interrogatories | 8/5/2015 | 2594-2634 |
| 90 | Expert Report of Ángel R. Oquendo | 8/5/2015 | 2635-2709 |
| 91 | Declaration of Professor Jonathan Harris | 8/5/2015 | 2710-2800 |
| 92 | Declaration of J. Lester Alexander, III | 8/6/2015 | 2801-2812 |
| 93 | Declaration of Vaughan Black | 8/14/2015 | 2813-2838 |
| 94 | Excerpts from Transcript of Deposition of Diana Suarez | 8/28/2015 | 2839-2872 |

Case 3:09-cv-02384-N-BG   Document 351-1   Filed 11/02/15   Page 7 of 11   PageID 19942

6

| EX. | DOCUMENT | DATE | APPENDIX PAGE(S) |
|---|---|---|---|
| 95 | Excerpts from Transcript of Deposition of Jonathan Harris | 8/31/2015 | 2873-2904 |
| 96 | Excerpts from Transcript of Deposition of Mark Russell | 9/9/2015 | 2905-2956 |
| 97 | Excerpts from Transcript of Deposition of Salim Estefenn Uribe | 9/10/2015 | 2957-2985 |
| 98 | Excerpts from Transcript of Deposition of Vaughan Black | 9/14/2015 | 2986-2994 |
| 99 | Excerpts from Transcript of Deposition of Angel R. Oquendo | 9/15/2015 | 2995-3002 |
| 100 | Letter from Peter E. Kazanoff, Esq. to Plaintiffs' Counsel | 9/16/2015 | 3003-3007 |
| 101 | Excerpts from Transcript of Deposition of Lester Alexander III | 9/22/2015 | 3008-3038 |
| 102 | Excerpts from Transcript of Deposition of Janet Walker | 9/25/2015 | 3039-3045 |
| 103 | Stanford International Bank – In Liquidation (the Bank) Preference Payments to Creditors in the run up to insolvency, available at http://www.sibliquidation.com/faq/preference-payments/ (last visited October 1, 2015). | 10/1/2015 | 3046-3048 |

Dated: October 1, 2015                    Respectfully submitted,


By: /s/ Rodney Acker
    Rodney Acker
      State Bar No. 00830700
    Ellen Sessions
      State Bar No. 00796282
    James V. Leito IV
      State Bar No. 24054950
    NORTON ROSE FULBRIGHT US LLP
    2200 Ross Avenue, Suite 3600
    Dallas, Texas 75201-7932
    T:  (214) 855-8000
    F:  (214) 855-8200
    rodney.acker@nortonrosefulbright.com
    ellen.sessions@nortonrosefulbright.com
    james.leito@nortonrosefulbright.com

Of Counsel:

Lynn K. Neuner (*pro hac vice*)
Peter E. Kazanoff (*pro hac vice*)
Katherine A. Helm (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
T:  (212) 455-2000
F:  (212) 455-2502
lneuner@stblaw.com
pkazanoff@stblaw.com
khelm@stblaw.com

*Attorneys for Defendant*
*The Toronto-Dominion Bank*

| | |
|---|---|
| By: /s/ Jeffrey C. Kubin<br>   Robin C. Gibbs<br>     State Bar No. 07853000<br>   Jeffrey C. Kubin<br>     State Bar No. 24002431<br>   Robert J. Madden<br>     State Bar No. 07853000<br>   Ashley McKeand Kleber<br>     State Bar No. 24060263<br>   GIBBS & BRUNS LLP<br>   1100 Louisiana, Suite 5300<br>   Houston, Texas 77002<br>   T: (713) 650-8805<br>   F: (713) 750-0903<br>   rgibbs@gibbsbruns.com<br>   jkubin@gibbsbruns.com<br>   rmadden@gibbsbruns.com<br>   akleber@gibbsbruns.com<br><br>*Attorneys for Defendant Trustmark National Bank* | By: /s/ Roger B. Cowie<br>   Edwin R. DeYoung<br>     State Bar No. 05673000<br>   Roger B. Cowie<br>     State Bar No. 00783886<br>   Taylor F. Brinkman<br>     State Bar No. 24069420<br>   LOCKE LORD LLP<br>   2200 Ross Avenue, Suite 2200<br>   Dallas, Texas 75201<br>   T: (214) 740-8000<br>   F: (214) 740-8800<br>   edeyoung@lockelord.com<br>   rcowie@lockelord.com<br>   tbrinkman@lockelord.com<br><br>*Attorneys for Defendant HSBC Bank PLC* |
| By: /s/ Noelle M. Reed<br>   Noelle M. Reed<br>     State Bar No. 24044211<br>   SKADDEN, ARPS, SLATE,<br>     MEAGHER & FLOM LLP<br>   1000 Louisiana Street, Suite 6800<br>   Houston, Texas 77002<br>   T: (713) 655-5122<br>   F: (713) 483-9122<br>   noelle.reed@skadden.com<br><br>   George A. Zimmerman (*pro hac vice*)<br>   SKADDEN, ARPS, SLATE,<br>     MEAGHER & FLOM LLP<br>   4 Times Square<br>   New York, New York 10036<br>   T: (212) 735-3000<br>   george.zimmerman@skadden.com<br><br>*Attorneys for Defendant Société Générale Private Banking (Suisse) S.A.* | By: /s/ Brad Repass<br>   Brad Repass<br>     State Bar No. 16786700<br>   HAYNIE RAKE REPASS & KLIMKO P.C.<br>   Wellington Centre<br>   14643 Dallas Parkway, Suite 550<br>   Dallas, Texas 75254<br>   T: (972) 716-1855<br>   F: (972) 716-1850<br>   brad@hrrpc.com<br><br>   Paul C. Watler<br>     State Bar No. 20931600<br>   Jeffrey G. Hamilton<br>     State Bar No. 00793886<br>   JACKSON WALKER LLP<br>   901 Main Street, Suite 6000<br>   Dallas, Texas 75202<br>   T: (214) 953-6000<br>   F: (214) 953-5822<br>   pwatler@jw.com<br>   jhamilton@jw.com<br><br>*Attorneys for Defendant Independent Bank, successor by merger to Bank of Houston* |

By: */s/* Brian A. Herman
   Brian A. Herman (*pro hac vice*)
   Stephanie Gamiz (*pro hac vice*)
   MORGAN LEWIS & BOCKIUS LLP
   101 Park Avenue
   New York, NY 10178-0060
   T:  (212) 309-6000
   F:  (212) 309-6001
   bherman@morganlewis.com
   sgamiz@morganlewis.com

   Aaron C. Christian
     State Bar No. 24076089
   MORGAN LEWIS & BOCKIUS LLP
   1717 Main Street, Suite 3200
   Dallas, TX 75201
   T:  (214) 446-4000
   F:  (214) 466-4001
   achristian@morganlewis.com

   Ryan C. Wooten
     State Bar No. 24075308
   MORGAN LEWIS & BOCKIUS LLP
   1000 Louisiana Street, Suite 4000
   Houston, TX 77002-5006
   T:  (713) 890-5000
   rwooten@morganlewis.com

   *Attorneys for Defendant Blaise Friedli*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2015, the foregoing document was delivered electronically to all counsel of record who have consented to electronic service.


                                                      /*s*/ Rodney Acker
                                                     Rodney Acker