IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEGGY ROIF ROTSTAIN, *et al.*, § <br> § <br> Plaintiffs § <br> § <br> and § <br> § <br> THE OFFICIAL STANFORD INVESTORS § <br> COMMITTEE, § <br> § <br> Intervenor-Plaintiff, § <br> § <br> v. § <br> § <br> TRUSTMARK NATIONAL BANK, § <br> *et al.*, § <br> § <br> Defendants. § | Civil Action No. 3:09-CV-2384-N |

### SOCIÉTÉ GÉNÉRALE PRIVATE BANKING (SUISSE) S.A.'S
### AMENDED SUPPLEMENTAL RESPONSE TO INTERVENOR-PLAINTIFF'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Société Générale Private Banking (Suisse) S.A. ("SG Suisse"), subject to and without waiving its objections to the Court's exercise of jurisdiction over it, respectfully submits this Amended Supplemental Response to Intervenor-Plaintiff The Official Stanford Investor Committee's (the "Committee's") Motion for Partial Summary Judgment [Dkt. 358] pursuant to this Court's November 9, 2017 and March 8, 2018 orders [Dkts. 429 and 455].

As set forth in SG Suisse's accompanying brief and appendix, this Court should deny the Committee's motion for summary judgment on the Committee's claims under the Texas Uniform Fraudulent Transfer Act ("TUFTA"), Tex. Bus. & Com. Code Ann. § 24.005(a) because the

---

**SOCIÉTÉ GÉNÉRALE PRIVATE BANKING (SUISSE) S.A.'S**                                                              **PAGE 1**
**AMENDED SUPPLEMENTAL RESPONSE TO INTERVENOR-PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Committee cannot prove the essential elements of its claims as a matter of law. Additionally, genuine issues of material fact preclude summary judgment on SG Suisse's affirmative defense under TUFTA § 24.009(a). Each of the matters required to respond to the Committee's motion are set forth in SG Suisse's accompanying brief and appendix.

March 27, 2018

Respectfully submitted,

*/s/ Noelle M. Reed*
Noelle M. Reed
State Bar No. 24044211
Noelle.Reed@skadden.com
Sarah K. Grossnickle
State Bar No. 24090137
Sarah.Grossnickle@skadden.com
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1000 Louisiana St., Suite 6800
Houston, Texas 77002
Tel: (713) 655-5122
Fax: (713) 483-9122

George A. Zimmerman
(*Admitted pro hac vice*)
George.Zimmerman@skadden.com
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (917) 777-2047

Of Counsel:

Michelle L. Davis
State Bar No. 24038854
Michelle.Davis@skadden.com
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
725 N. Avalon Court
Granbury, Texas 76048
Tel.: (942) 523-8718
Fax: (713) 483-9197

**ATTORNEYS FOR DEFENDANT
SOCIÉTÉ GÉNÉRALE PRIVATE
BANKING (SUISSE) S.A.**

## CERTIFICATE OF SERVICE

     I hereby certify that on March 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel who have registered with this Court.

                                          */s/ Noelle M. Reed*
                                          Noelle M. Reed