IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-90038
_____

GUTHRIE ABBOTT; STEVEN QUEYROUZE; SARAH ELSON-ROGERS; SALIM ESTEFENN URIBE; RUTH ALFILLE DE PENHOS; DIANA SUAREZ,

    Plaintiffs - Petitioners

v.

OFFICIAL STANFORD INVESTORS COMMITTEE; SAMUEL TROICE; PUNGA PUNGA FINANCIAL, LIMITED; DANIEL GOMEZ FERREIRO; MANUEL CANABAL; PAM REED; LYNNE TURK; SUSAN BLOUNT; DALE QUISENBERRY,

    Intervenor Plaintiffs - Respondents

v.

TRUSTMARK NATIONAL BANK; TORONTO-DOMINION BANK; SG PRIVATE BANKING (SUISSE) S.A.; HSBC BANK, P.L.C.; INDEPENDENT BANK, formerly known as Bank of Houston; SOCIETE GENERALE PRIVATE BANKING,

    Defendants - Respondents

BLAISE FRIEDLI,

    Intervenor Defendant - Respondent

JOHN J. LITTLE, Court Appointed Examiner; RALPH S. JANVEY,

    Respondents

_____

Motion for Leave to Appeal
under Fed. R. Civ. P. 23(f)

_____

Before DAVIS, JONES, and OWEN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the opposed motion for leave to appeal under Fed. R. Civ. P. 23(f) is DENIED.



**A True Copy**
**Certified order issued Apr 20, 2018**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 20, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-90038   Peggy Rotstain, et al v. Trustmark National Bank, et al
                      USDC No. 3:09-CV-2384

Enclosed is an order entered in this case.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Melissa V. Mattingly, Deputy Clerk
                                        504-310-7719

Mr. Joshua Eli Abraham
Mr. Charles Rodney Acker
Mr. Taylor Freytag Brinkman
Mr. Edwin McAllister Buffmire
Mr. Douglas J. Buncher
Mr. Aaron C. Christian
Mr. Michael Arthur Correll
Mr. Roger B. Cowie
Ms. Denise Lambert Drake
Mr. Robin C. Gibbs
Mr. Wallis M. Hampton
Mr. Brian A. Hernan
Mr. Peter Eric Kazanoff
Mr. Andrew L. Kerr
Ms. Susan Allison Kidwell
Ms. Ashley McKeand Kleber
Mr. Jeffrey C. Kubin
Mr. James Vincent Leito
Mr. John J. Little
Ms. Karen S. Mitchell
Mr. Peter Daniel Morgenstern
Ms. Lynn K. Neuner
Ms. Noelle M. Reed
Mr. Benjamin Dox Reichard
Mr. Kevin M. Sadler
Mr. Eric Seiler
Ms. Ellen Bush Sessions

Mr. Edward C. Snyder
Mr. Jesse C. Stewart
Mr. Anthony F. Sullivan
Mr. James Richard Swanson
Mr. Paul Christopher Watler
Ms. Courtney A. Welshimer
Mr. George Abraham Zimmerman