IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEGGY ROIF ROTSTAIN, *et al.*, | § § § | |
| Plaintiffs | § § | |
| and | § § | |
| THE OFFICIAL STANFORD INVESTORS COMMITTEE, | § § § § | Civil Action No. 3:09-CV-2384-N |
| Plaintiff-Intervenor, | § § | |
| v. | § § | |
| TRUSTMARK NATIONAL BANK, *et al.*, | § § § | |
| Defendants. | § | |

### SOCIÉTÉ GÉNÉRALE PRIVATE BANKING (SUISSE) S.A.'S
### UNOPPOSED MOTION FOR ORAL ARGUMENT

Société Générale Private Banking (Suisse) S.A. ("SG Suisse") respectfully requests oral argument in connection with the Official Stanford Investors Committee's ("OSIC's") Motion for Partial Summary Judgment.[1] [358]. OSIC has informed SG Suisse that it takes no position on this motion. Given the complexity of the issues presented in OSIC's motion and SG Suisse's response, as well as the Texas Supreme Court's holding in *Janvey v. Golf Channel, Inc.*, 487 S.W.3d 560 (Tex. 2016),[2] SG Suisse believes that oral argument would benefit the Court.

---

[1]  SG Suisse submits this motion subject to, and without waiving, its objections to the Court's exercise of jurisdiction over it.

[2]  OSIC filed its Motion for Partial Summary Judgment on December 22, 2015, and *Golf Channel* was issued on April 1, 2016.

---

**SOCIÉTÉ GÉNÉRALE PRIVATE BANKING (SUISSE) S.A.'S**  **PAGE 1**
**UNOPPOSED MOTION FOR ORAL ARGUMENT**

| | |
|---|---|
| May 11, 2018 | Respectfully submitted,<br><br>*/s/ Noelle M. Reed*<br>Noelle M. Reed<br>State Bar No. 24044211<br>Noelle.Reed@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1000 Louisiana St., Suite 6800<br>Houston, Texas 77002<br>Tel: (713) 655-5122<br>Fax: (713) 483-9122<br><br>George A. Zimmerman<br>(*Admitted pro hac vice*)<br>George.Zimmerman@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>4 Times Square<br>New York, New York 10036<br>Tel: (212) 735-3000<br>Fax: (917) 777-2047<br><br>Of Counsel:<br><br>Michelle L. Davis<br>State Bar No. 24038854<br>Michelle.Davis@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>725 N. Avalon Court<br>Granbury, Texas 76048<br>Tel.: (942) 523-8718<br>Fax: (713) 483-9197<br><br>**ATTORNEYS FOR DEFENDANT SOCIÉTÉ GÉNÉRALE PRIVATE BANKING (SUISSE) S.A.** |

**CERTIFICATE OF CONFERENCE**

  I hereby certify that on May 9, 2018, I conferred with counsel for the Official Stanford Investors Committee regarding this motion.  OSIC does not oppose the motion.


                */s/ Noelle M. Reed*
                Noelle M. Reed

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel who have registered with this Court.


                */s/ Noelle M. Reed*
                Noelle M. Reed