**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| PEGGY ROIF ROTSTAIN, *et al., on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>and<br><br>THE OFFICIAL STANFORD INVESTORS COMMITTEE,<br><br>Plaintiff-Intervenor,<br><br>-against-<br><br>TRUSTMARK NATIONAL BANK, HSBC BANK PLC, THE TORONTO-DOMINION BANK, INDEPENDENT BANK F/K/A BANK OF HOUSTON, SG PRIVATE BANKING (SUISSE) S.A., and BLAISE FRIEDLI,<br><br>Defendants. | Case No. 3:09-CV-02384-N-BQ |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Defendant The Toronto-Dominion Bank ("TD Bank") moves the Court to allow Katherine Ann Helm, formerly of Simpson Thacher & Bartlett LLP ("Simpson Thacher"), to withdraw as counsel for TD Bank. Ms. Helm is no longer with Simpson Thacher. TD Bank is and will continue to be represented in this action by Lynn Neuner and Peter Kazanoff of Simpson Thacher and by Rodney Acker and Ellen Sessions of Norton Rose Fulbright US LLP.

Dated: May 23, 2018

Respectfully submitted,

By: /s/ *Rodney Acker*

Rodney Acker
State Bar No. 00830700
Ellen Sessions
State Bar No. 00796282
James V. Leito IV
State Bar No. 24054950
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
T: (214) 855-8000
F: (214) 855-8200
rodney.acker@nortonrosefulbright.com
ellen.sessions@nortonrosefulbright.com
james.leito@nortonrosefulbright.com

Of Counsel:

Lynn K. Neuner (*pro hac vice*)
Peter E. Kazanoff (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2000
F: (212) 455-2502
lneuner@stblaw.com
pkazanoff@stblaw.com

*Attorneys for Defendant*
*The Toronto-Dominion Bank*

**CERTIFICATE OF CONFERENCE**

I certify that on May 23, 2018, I conferred with Geoffrey Cajigas, counsel for The Official Stanford Investors Committee, who advised that Plaintiff does not oppose this motion.

*/s/ Rodney Acker*
Rodney Acker

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2018, the foregoing document was filed using the Court's CM/ECF system, which has generated and delivered electronic notice of filing to all counsel of record who have consented to electronic service.

*/s/ Rodney Acker*
Rodney Acker