UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---------------------------------------------------------- x
: 
PEGGY ROIF ROTSTAIN, *et al.*, on behalf of : 
themselves and all others similarly situated, : 
: 
Plaintiffs, : 
: 
and : 
: Case No. 3:09-CV-02384-N-BQ
THE OFFICIAL STANFORD INVESTORS : 
COMMITTEE, : 
: 
Plaintiff-Intervenor, : 
: 
-against- : 
: 
TRUSTMARK NATIONAL BANK, HSBC BANK : 
PLC, THE TORONTO-DOMINION BANK, : 
INDEPENDENT BANK F/K/A BANK OF : 
HOUSTON, SG PRIVATE BANKING (SUISSE) : 
S.A., and BLAISE FRIEDLI, : 
: 
Defendants. : 
: 
---------------------------------------------------------- x

**DEFENDANTS' RESPONSE TO THE OFFICIAL STANFORD INVESTORS COMMITTEE'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants The Toronto-Dominion Bank, Trustmark National Bank, HSBC Bank plc, Independent Bank, successor by merger to Bank of Houston, Société Générale Private Banking (Suisse) S.A., and Blaise Friedli (collectively, "Defendants") respectfully submit this response to the Official Stanford Investors Committee's Motion for Leave to File Notice of Supplemental Authority (Dkt. No. 497).[1]

---

[1] HSBC Bank plc, Société Générale Private Banking (Suisse) S.A., and Blaise Friedli submit this response subject to, and without waiving, the defense that they are not subject to personal jurisdiction in Texas.

OSIC claims that a recent decision from the Western District of Texas, *Milligan v. Salamone*, No. 1:18-cv-327-RP, 2019 WL 1208999 (Mar. 14, 2019), supports its Response to Defendants' Motion for Judgment on the Pleadings (Dkt. No. 490). As an initial matter, *Milligan* was decided on March 14, 2019, a full week before OSIC filed its Response to Defendants' Motion for Judgment on the Pleadings on March 21, 2019. OSIC cannot correct its failure to include *Milligan* in its opposition brief by filing a tardy notice of supplemental authority. *See Highland Capital Mgmt. L.P. v. Bank of Am., Nat'l Ass'n*, No. 3:10-cv-1632-L, 2013 WL 4502789, at *28 (N.D. Tex. Aug. 23, 2013), *aff'd*, 574 F. App'x 486 (5th Cir. 2014) ("The court generally discourages attempts to file supplemental authorities if the authorities were previously available when a party submitted its motion, response, or reply brief.").

Moreover, *Milligan* has no relevance to Defendants' Motion for Judgment on the Pleadings (Dkt. No. 488). It does not cite or consider the Fifth Circuit's decision in *In re DePuy Orthopaedics, Inc., Pinnacle Hip Implant Prod. Liab. Litig.*, 888 F.3d 753 (2018), the controlling precedent on which Defendants' Motion is based. In fact, the underlying appeal of the bankruptcy court's order in *Milligan* was filed on April 19, 2018, six days before *DePuy* was decided. *See Milligan*, No. 1:18-cv-327-RP, Dkt. No. 1. Thus, neither party briefed *DePuy* or the issue of whether common law aiding and abetting claims exist in Texas in either the bankruptcy court or the district court in *Milligan*. *See Milligan*, 2019 WL 1208999, at *9 n.10 ("The parties' briefs rely solely on Delaware law in discussing Milligan's aiding-and-abetting claim against Greenberg."). Indeed, a motion for re-argument of the *Milligan* decision is pending on these very grounds. *See Milligan*, No. 1:18-cv-327-RP, Dkt. No. 20 (Motion for Rehearing).

Because the issue before this Court was not addressed in *Milligan*, and OSIC's supplemental authority notice of *Milligan* is untimely, that non-binding opinion has no bearing on Defendants' Motion for Judgment on the Pleadings or the Fifth Circuit's clear pronouncement in *DePuy* that OSIC cannot pursue aiding and abetting claims under Texas common law.

Dated: May 23, 2019               Respectfully submitted,

By: /s/ Robin C. Gibbs
   Robin C. Gibbs
     State Bar No. 07853000
   Scott A. Humphries
     State Bar No. 00796800
   Ashley McKeand Kleber
     State Bar No. 24060263
   Denise L. Drake
     State Bar No. 24092358
**GIBBS & BRUNS LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
T: (713) 650-8805
F: (713) 750-0903
rgibbs@gibbsbruns.com
shumphries@gibbsbruns.com
akleber@gibbsbruns.com
ddrake@gibbsbruns.com

*Attorneys for Defendant Trustmark National Bank*

By: /s/ Rodney Acker
   Rodney Acker
     State Bar No. 00830700
   Ellen Sessions
     State Bar No. 00796282
   James V. Leito IV
     State Bar No. 24054950
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
T: (214) 855-8000
F: (214) 855-8200
rodney.acker@nortonrosefulbright.com
ellen.sessions@nortonrosefulbright.com
james.leito@nortonrosefulbright.com

Lynn K. Neuner (*pro hac vice*)
Peter E. Kazanoff (*pro hac vice*)
Kavitha S. Sivashanker (*pro hac vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2000
F: (212) 455-2502
lneuner@stblaw.com
pkazanoff@stblaw.com
kavitha.sivashanker@stblaw.com

*Attorneys for Defendant The Toronto-Dominion Bank*

By: */s/ Roger B. Cowie*
   Roger B. Cowie
      State Bar No. 00783886
   Taylor F. Brinkman
      State Bar No. 24069420
   LOCKE LORD LLP
   2200 Ross Avenue, Suite 2800
   Dallas, Texas 75201
   T:  (214) 740-8000
   F:  (214) 740-8800
   rcowie@lockelord.com
   tbrinkman@lockelord.com

   John K. Schwartz
      State Bar No. 17865325
   LOCKE LORD LLP
   600 Congress Avenue, Suite 2200
   Austin, Texas 78701
   T: (512) 305-4806
   F: (512) 305-4800
   jschwartz@lockelord.com

   *Attorneys for Defendant*
   *HSBC Bank PLC*

By: */s/ Paul C. Watler*
   Paul C. Watler
      State Bar No. 20931600
   Edwin M. Buffmire
      State Bar No. 24078283
   Lindsey Marsh Brown
      State Bar No. 24087977
   JACKSON WALKER LLP
   2323 Ross Avenue, Suite 600
   Dallas, Texas 75201
   T:  (214) 953-6000
   F:  (214) 953-5822
   pwatler@jw.com
   ebuffmire@jw.com
   lmarsh@jw.com

   *Attorneys for Defendant Independent Bank, successor by merger to Bank of Houston*

By: */s/ Noelle M. Reed*
    Noelle M. Reed
       State Bar No. 24044211
    Michelle L. Davis
       State Bar No. 24038854
    SKADDEN, ARPS, SLATE,
       MEAGHER & FLOM LLP
    1000 Louisiana Street, Suite 6800
    Houston, Texas 77002
    T:  (713) 655-5122
    F:  (713) 483-9122
    noelle.reed@skadden.com
    michelle.davis@skadden.com

    George A. Zimmerman (*pro hac vice*)
    Julie E. Cohen (*pro hac vice*)
    SKADDEN, ARPS, SLATE,
       MEAGHER & FLOM LLP
    4 Times Square
    New York, New York 10036
    T: (212) 735-3000
    F: (917) 777-2047
    george.zimmerman@skadden.com
    julie.cohen@skadden.com

    Allen L. Lanstra (*pro hac vice*)
       State Bar No. 24108700
    SKADDEN, ARPS, SLATE,
       MEAGHER & FLOM LLP
    300 South Grand Avenue
    Los Angeles, California 90071
    T: (213) 687-5513
    F: (213) 621-5513
    allen.lanstra@skadden.com

*Attorneys for Defendant Société*
*Générale Private Banking (Suisse) S.A.*

By: */s/ Brian A. Herman*
    Brian A. Herman (*pro hac vice*)
    MORGAN, LEWIS & BOCKIUS LLP
    101 Park Avenue
    New York, New York 10178
    T:  (212) 309-6000
    F:  (212) 309-6001
    brian.herman@morganlewis.com

    Jillian R. Harris
       State Bar No. 24087671
    MORGAN, LEWIS & BOCKIUS LLP
    1717 Main Street, Suite 3200
    Dallas, Texas 75201
    T: (214) 466-4000
    F: (214) 466-4001
    jillian.harris@morganlewis.com

*Attorneys for Defendant*
*Blaise Friedli*

## **CERTIFICATE OF SERVICE**

  I certify that on May 23, 2019, the foregoing document was filed with the Court's CM/ECF system, which has generated and delivered electronic notices of filing to all counsel of record who have consented to electronic service.

                 */s/ Rodney Acker*
                  Rodney Acker