**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| PEGGY ROIF ROTSTAIN, et al., on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | Case No.: 3:09-CV-02384-N-BQ |
| and | § § § | |
| THE OFFICIAL STANFORD INVESTORS COMMITTEE, | § § § § | |
| Plaintiff-Intervenor, | § § § | |
| v. | § § § | |
| SG PRIVATE BANKING (SUISSE) S.A., BLAISE FRIEDLI, TRUSTMARK NATIONAL BANK, HSBC BANK PLC. THE TORONTO-DOMINION BANK, and BANK OF HOUSTON, | § § § § § § | |
| Defendants. | § § § | |

---

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME**

---

Plaintiffs Steven Queyrouze, Guthrie Abbott, Salim Estefenn Uribe, Sarah Elson-Rogers, Gabriel Suarez, and Ruth Alfille de Penhos (collectively, the "Individual Plaintiffs"); Plaintiff-Intervenor The Official Stanford Investors Committee ("OSIC"); and Defendants HSBC Bank plc and Independent Bank, successor by merger to Bank of Houston (collectively, the "Moving Defendants") jointly move for an extension of time to respond and reply to the Moving Defendants' Motion for Leave to Designate Responsible Third Parties.

In support of this Joint Motion for Extension of Time, the parties respectfully show the Court as follows:

1.     On May 30, 2019, the Moving Defendants filed a Motion for Leave to Designate Responsible Third Parties (the "Motion").  [Doc.  503.]

2.     Responses to the Motion are due on June 20, 2019.  Replies to the Motion are due July 5, 2019.

3.     By this Joint Motion for Extension of Time, the Individual Plaintiffs and OSIC respectfully request that their time to file a Response and objections to the Motion be extended to June 28, 2019.  The Moving Defendants respectfully request that their time to file a Reply to the Motion be extended to July 26, 2019.

4.     Counsel for the Individual Plaintiffs, OSIC, and the Moving Defendants have all conferred regarding the requested extensions, and there are no objections.

5.     Pursuant to the Local Rules of the Northern District of Texas, no memorandum of law is necessary.  *See* Local Rule 7.1(h).

WHEREFORE, the Individual Plaintiffs, OSIC, and the Moving Defendants respectfully request that the Court grant this Joint Motion for Extension of Time.

Dated: June 6, 2019                                    Respectfully submitted,


/s/ *Taylor F. Brinkman*                              /s/ *Peter D. Morgenstern*
Roger B. Cowie                                        Peter D. Morgenstern (*pro hac vice*)
State Bar No. 00783886                                BUTZEL LONG, a professional corporation
rcowie@lockelord.com                                  477 Madison Avenue, Suite 1230
John K. Schwartz                                      New York, New York 10022
State Bar No. 17865325                                Telephone: (212) 818-1110
jschwartz@lockelord.com                               morgenstern@butzel.com
Taylor F. Brinkman
State Bar No. 24069420
tbrinkman@lockelord.com                                          – and –
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800                          FRIEDMAN KAPLAN SEILER & ADELMAN
Dallas, Texas 75201                                   LLP
T: (214) 740-8000                                     Scott M. Berman (*pro hac vice*)
F: (214) 740-8800                                     7 Times Square (27th Floor)
                                                      New York, New York 10036
*Attorneys for HSBC Bank PLC*                         Telephone: (212) 833-1120
                                                      sberman@fklaw.com


                                                      *Attorneys for the Official Stanford Investors*
/s/ *Paul C. Watler*                                  *Committee*
Paul C. Watler
State Bar No. 20931600
pwatler@jw.com                                        /s/ *James R. Swanson*
Edwin M. Buffmire                                     James R. Swanson (*pro hac vice*)
State Bar No. 24078283                                jswanson@fishmanhaygood.com
ebuffmire@jw.com                                      Lance C. McCardle (*pro hac vice*)
Lindsey Marsh Brown                                   Benjamin D. Reichard TX Bar No. 24098693
State Bar No. 24087977                                Jesse C. Stewart (*pro hac vice*)
lmarsh@jw.com                                         FISHMAN HAYGOOD, LLP
JACKSON WALKER LLP                                    201 St. Charles Avenue, 46th Floor
2323 Ross Avenue, Suite 600                           New Orleans, Louisiana 70170-4600
Dallas, Texas 75201                                   Tel.: (504) 586-5252
T: (214) 953-6000                                     Fax: (504) 586-5250
F: (214) 953-5822

                                                      *Attorneys for the Individual Plaintiffs*
*Attorneys for Independent Bank*

**PAGE 2**

## CERTIFICATE OF CONFERENCE

I hereby certify that a conference was held regarding the foregoing Motion and that the Motion is unopposed.

/s/ *Peter D. Morgenstern*
Peter D. Morgenstern

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June 2019, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Peter D. Morgenstern*
Peter D. Morgenstern