**FishmanHaygood**

Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
fishmanhaygood.com

Molly L. Wells
(504) 556-5505 Direct
mwells@fishmanhaygood.com

November 13, 2020

<u>**VIA ECF**</u>

Hon. D. Gordon Bryant, Jr.
United States Magistrate Judge
United States District Court
1205 Texas Avenue, Room 211
Lubbock, TX 79401-4091

Re:   Rotstain et al. v. Trustmark National Bank, et al.
       No. 3:09-cv-2384 (N.D. Tex.)

Dear Judge Bryant,

We, along with co-counsel, represent Plaintiff The Official Stanford Investors Committee ("OSIC") in the above-captioned matter. Today, we filed OSIC's Opposed Motion for Sanctions (ECF No. 815) in accordance with this Court's November 6, 2020 Order (ECF No. 813). OSIC's memorandum and appendix (ECF Nos. 815-1, 815-2) reference material marked confidential under the Third Amended Confidentiality and Rule 502(d) Order, ECF No. 483 ("Confidentiality Order"). As a result, and in order to avoid having nonparties to the Confidentiality Order receive these confidential documents, we filed the motion, memorandum, and appendix *ex-parte*.

OSIC does not seek *ex parte* relief, and undersigned counsel has served the motion, memorandum, and appendix on all parties.

Respectfully,

/s/ Molly L. Wells

Cc: All counsel of record (via ECF)

Interwoven 1570780v.1